# United States Bankruptcy Court
## District of Arizona

In re: **JB's Family Restaurants, Inc.**
Debtor(s)

Case No. **2:11-bk-04986-RTB**
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **March 1, 2011**

**/s/ Robert C. Warnicke**
Robert C. Warnicke
Attorney for Debtor(s)
Gordon Silver
40 N. Central Avenue
#2100
Phoenix, AZ 85004
602-256-0400 Fax:602-256-0345
phxbknotices@gordonsilver.com

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  JB's Family Restaurants, Inc.                                     Case No.  2:11-bk-04986-RTB
                           Debtor(s)                                     Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALLIANT FOOD<br>Attn: Managing Member<br>FILE 30800, PO BOX 60000<br>SAN FRANCISCO, CA 94160 | ALLIANT FOOD<br>Attn: Managing Member<br>FILE 30800, PO BOX 60000<br>SAN FRANCISCO, CA 94160 | Trade Debt | | 913,293.25 |
| Arizona Department of Revenue<br>P. O. Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>P. O. Box 29010<br>Phoenix, AZ 85038-9010 | Sales Tax | | 153,120.78 |
| CARLA BOONE<br>Attn: Managing Member<br>1700 SWANSON DR #9<br>ROCK SPRINGS, WY 82901 | CARLA BOONE<br>Attn: Managing Member<br>1700 SWANSON DR #9<br>ROCK SPRINGS, WY 82901 | Trade Debt | | 73,035.71 |
| CAROLYN D. BOWMAN TRUST<br>Attn: Managing Member<br>PRIVATE BANK #01-0261,<br>1000 GREEN BAY RD<br>WINNETKA, IL 60093 | CAROLYN D. BOWMAN TRUST<br>Attn: Managing Member<br>PRIVATE BANK #01-0261, 1000 GREEN BAY RD<br>WINNETKA, IL 60093 | Trade Debt | | 37,249.76 |
| CLARK JONES<br>Attn: Managing Member<br>9717 S RUSKIN CIRCLE<br>SANDY, UT 84092 | CLARK JONES<br>Attn: Managing Member<br>9717 S RUSKIN CIRCLE<br>SANDY, UT 84092 | Trade Debt | | 71,622.68 |
| JOE GRANATO, INC.<br>Attn: Managing Member<br>46 ORANGE STREET #D<br>SALT LAKE CITY, UT 84116 | JOE GRANATO, INC.<br>Attn: Managing Member<br>46 ORANGE STREET #D<br>SALT LAKE CITY, UT 84116 | Trade Debt | | 24,802.97 |
| KAUFMAN CASA GRANDE<br>Attn: Managing Member<br>3659 E THOUSAND OAKS BLVD<br>THOUSAND OAKS, CA 91362 | KAUFMAN CASA GRANDE<br>Attn: Managing Member<br>3659 E THOUSAND OAKS BLVD<br>THOUSAND OAKS, CA 91362 | Trade Debt | | 28,577.08 |
| MARICOPA COUNTY TREASURER<br>Attn: Managing Member<br>PO BOX 52133<br>PHOENIX, AZ 85072-2133 | MARICOPA COUNTY TREASURER<br>Attn: Managing Member<br>PO BOX 52133<br>PHOENIX, AZ 85072-2133 | Trade Debt | | 116,904.85 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MOUNTAIN VIEW SHOPPING PLAZA<br>Attn: Managing Member<br>P.O. BOX 16281<br>PHOENIX, AZ 85011-6281 | MOUNTAIN VIEW SHOPPING PLAZA<br>Attn: Managing Member<br>P.O. BOX 16281<br>PHOENIX, AZ 85011-6281 | Trade Debt | | 66,279.84 |
| PAUL WARNER<br>Attn: Managing Member<br>9675 N CANYON RD<br>PLEASANT GROVE, UT 84062 | PAUL WARNER<br>Attn: Managing Member<br>9675 N CANYON RD<br>PLEASANT GROVE, UT 84062 | Trade Debt | | 32,961.10 |
| RAMS SHOPPING CENTER LLC<br>Attn: Managing Member<br>211 N STADIUM BLVD, STE 201<br>COLUMBIA, MO 65203 | RAMS SHOPPING CENTER LLC<br>Attn: Managing Member<br>211 N STADIUM BLVD, STE 201<br>COLUMBIA, MO 65203 | Trade Debt | | 27,967.62 |
| RICHARD HUNTINGTON<br>Attn: Managing Member<br>90 CORONODO COURT<br>SEDONA, AZ 86351 | RICHARD HUNTINGTON<br>Attn: Managing Member<br>90 CORONODO COURT<br>SEDONA, AZ 86351 | Trade Debt | | 33,049.46 |
| ROY S LUDLOW INVESTMENT CO<br>Attn: Managing Member<br>233 EAST 3900 SOUTH<br>SALT LAKE CITY, UT 84107-1530 | ROY S LUDLOW INVESTMENT CO<br>Attn: Managing Member<br>233 EAST 3900 SOUTH<br>SALT LAKE CITY, UT 84107-1530 | Trade Debt | | 38,108.89 |
| SANTA BARBARA RESTAURANT GROUP<br>Attn: Managing Member<br>6307 CARPINTERIA AVE, STE A<br>CARPINTERIA, CA 93013 | SANTA BARBARA RESTAURANT GROUP<br>Attn: Managing Member<br>6307 CARPINTERIA AVE, STE A<br>CARPINTERIA, CA 93013 | Trade Debt | | 154,251.29 |
| SYSCO FOOD SERVICES OF MT, INC<br>Attn: Managing Member<br>P.O. BOX 31198<br>BILLINGS, MT 59107 | SYSCO FOOD SERVICES OF MT, INC<br>Attn: Managing Member<br>P.O. BOX 31198<br>BILLINGS, MT 59107 | Trade Debt | | 34,919.24 |
| THE TRAVELERS INSURANCE CO<br>Attn: Managing Member<br>CL & SPECIALTY REMITTANCE CTR<br>HARTFORD, CT 06183-1008 | THE TRAVELERS INSURANCE CO<br>Attn: Managing Member<br>CL & SPECIALTY REMITTANCE CTR<br>HARTFORD, CT 06183-1008 | Trade Debt | | 54,976.46 |
| TOM GODFREY<br>Attn: Managing Member<br>2159 ILIILI RD #201<br>KIHEA, HI 96753-8705 | TOM GODFREY<br>Attn: Managing Member<br>2159 ILIILI RD #201<br>KIHEA, HI 96753-8705 | Trade Debt | | 30,798.17 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US FOODSERVICE<br>Attn: Managing Member<br>FILE 30800, PO BOX 60000<br>SAN FRANCISCO, CA 94160 | US FOODSERVICE<br>Attn: Managing Member<br>FILE 30800, PO BOX 60000<br>SAN FRANCISCO, CA 94160 | Trade Debt | | 325,029.53 |
| Utah State Tax Commission<br>210 N. 1950 W<br>Salt Lake City, UT 84134-0266 | Utah State Tax Commission<br>210 N. 1950 W<br>Salt Lake City, UT 84134-0266 | Sales Tax | | 91,299.44 |
| Wyoming Dept. of Revenue<br>122 W. 25th Street<br>Cheyenne, WY 82002-0110 | Wyoming Dept. of Revenue<br>122 W. 25th Street<br>Cheyenne, WY 82002-0110 | Sales Tax | | 41,407.93 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  __March 1, 2011__                Signature  __/s/ Lynn Whiteford__
                                                  Lynn Whiteford
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.